IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | I N D I C T M E N T |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 5:19 CR 543 |
| ) | |
| NICHOLAS C. PROCTOR, ) | Title 18, United States Code, |
| ) | Sections 922(g)(1) and |
| Defendant. ) | 924(a)(2) |

JUDGE GAUGHAN

COUNT 1
(Felon in Possession of Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

The Grand Jury charges:

1. On or about June 17, 2019, in the Northern District of Ohio, Eastern Division, Defendant NICHOLAS C. PROCTOR, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that being: Aggravated Robbery, on or about August 13, 2012, in Case Number CR-12-05-1448(B), in Summit County Common Pleas Court, knowingly possessed in and affecting interstate commerce a firearm, to wit: a Hi-Point, Model C9, 9mm pistol, bearing serial number P1235911, and ammunition, said firearm and ammunition having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE

The Grand Jury further charges:

2.      For the purpose of alleging forfeiture pursuant to 21 U.S.C. § 853, 18 U.S.C. § 924(d)(1), and 28 U.S.C. § 2461(c), the allegations of Count 1 are incorporated herein by reference. As a result of the foregoing offense, Defendant NICHOLAS C. PROCTOR shall forfeit to the United States any and all property constituting, or derived from, any proceeds he obtained, directly or indirectly, as the result of such violation; any and all property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violation; and any and all property (including firearms and ammunition) involved in or used in the commission of such violation; including, but not limited to, the following:

    a.  Hi-Point, Model C9, 9mm pistol, bearing serial number P1235911; and

    b.  Eight (8) rounds of 9mm ammunition.

                                              A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.