AO 442 (Rev. 11/11) Arrest Warrant

FED: 10976147

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| United States of America | ) |
| v. | ) |
| Nicholas C. Proctor | ) Case No. 5:19 CR 543 |
| | ) |
| | ) JUDGE GAUGHAN |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Nicholas C. Proctor,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Felon in Possession of Firearm and Ammunition, 18:922(g)(1) and 924(a)(2).

Date: 09/11/2019

*Issuing officer's signature*

City and state: Cleveland, Ohio

THOMAS M. PARKER, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 09/12/2019, and the person was arrested on *(date)* 9/30/19
at *(city and state)*

Date: 9/30/19

*Arresting officer's signature*

L. Conyers / USMS
*Printed name and title*